UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| FIFTEENTH AVENUE CHURCH OF CHRIST, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | NO. 3:16-cv-02505 |
| v. | ) | CHIEF JUDGE CRENSHAW |
|  | ) |  |
| GUIDEONE ELITE INSURANCE COMPANY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

### ORDER

The parties have filed a Joint Mediation Report (Doc. No. 22) advising that all matters and things in controversy in this action have been compromised and settled.

Accordingly, the parties shall file an Agreed Order of Dismissal by **July 21, 2017.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE