IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FIFTEENTH AVENUE CHURCH OF CHRIST, <br><br> Plaintiff, <br><br> v. <br><br> GUIDEONE ELITE INSURANCE COMPANY, <br><br> Defendant. | NO. 3:16-CV-02505 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Fifteenth Avenue Church of Christ and Defendant GuideOne Elite Insurance Company hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice and without costs.

HAVE SEEN AND AGREED:

s/ Robert D. MacPherson
Robert D. MacPherson (BPR #022516)
MacPherson & Youmans
119 Public Square
Lebanon, Tennessee 37087
Telephone: (615) 444-2300
Email: rdmacpherson@macyolaw.com
*Counsel for Plaintiff*

s/ Pamela Bagley Webb
Pamela Bagley Webb (BPR #033698)
Attorney at Law
Post Office Box 14503
Des Moines, IA 50306-3503
Telephone: (615) 567-8021
Email: pwebb@guideone.law
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FIFTEENTH AVENUE CHURCH OF CHRIST,<br><br>      Plaintiff,<br>v.<br><br><br>GUIDEONE ELITE INSURANCE COMPANY,<br><br>Defendant. | NO. 3:16-CV-02505 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2017, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the United States District Court, Middle District of Tennessee CM/ECF system which will send notification of such filing to the following:

> Pamela Bagley Webb
> Attorney at Law
> Post Office Box 14503
> Des Moines, IA 50306-3503
> *Counsel for Defendant*

                                              s/ Robert D. MacPherson
                                              Robert D. MacPherson
                                              *Counsel for Plaintiff*