IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FIFTEENTH AVENUE CHURCH OF CHRIST | ) ) ) |
| v. | ) ) ) NO. 3:16-2505<br>Crenshaw/Holmes |
| GUIDEONE ELITE INSURANCE CO. | ) |

O R D E R

On July 21, 2017, the parties filed a joint stipulation of dismissal with prejudice (Docket Entry No. 24).

Therefore, the Clerk of Court shall forward this file to the Honorable Waverly D. Crenshaw, Jr., Chief Judge, for his consideration of the stipulation of dismissal with prejudice.

Unless otherwise ordered by the Court, there will be no further proceedings before the Magistrate Judge.

It is so ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge