UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FIFTEENTH AVENUE CHURCH OF CHRIST, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | NO. 3:16-cv-02505 <br> CHIEF JUDGE CRENSHAW |
| GUIDEONE ELITE INSURANCE COMPANY, ) ) ) ) | |
| Defendant. ) | |

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Doc. No. 24.) Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE